UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIA VOZZA, NATALIA ZEER, and
1443180 ONTARIO LTD,

                Plaintiffs,

        -against-

MICHAEL POLLACK, MARK MORGAN,
BRETT HUDSON, CURTIS SOBEL, and
SOBEL LAW GROUP, LLC,

                Defendants.
------------------------------------------------------------X

14 Civ. 4879 (RMB) (KNF)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/16

On April 1, 2016, the Court entered a default judgment against Defendant Brett Hudson ("Judgment") following Defendant Brett Hudson's failure to answer the complaint, dated June 30, 2014, or otherwise to appear in this case. (See Judgment at 3.) The Court referred the matter to U.S. Magistrate Judge Kevin Nathaniel Fox for an inquest as to damages. (Id.) On June 16, 2016, upon Plaintiffs' unopposed submissions, Judge Fox issued a Report & Recommendation ("Report"), recommending that damages be paid by Defendant Brett Hudson as follows: (1) $50,000 to Plaintiff Maria Vozza; (2) $50,000 to Plaintiff Natalia Zeer; and (3) $100,000 to Plaintiff 1443180 Ontario Ltd. (Id. at 4.) No party has filed objections to the Report.

After a review of the applicable legal authorities and the Report, the Court finds that the Report is not clearly erroneous and adopts the Report in its entirety. See Plains Product Terminals LLC v. Solutions, Acquisitions, Logistics & Training LLC, 2015 WL 5948248, at *1 (S.D.N.Y. Oct. 13, 2015) ("The Court may adopt those portions of a magistrate judge's report to which no objections have been made and which are not clearly erroneous."); Acticon AG v. China North East Petroleum Holdings Ltd., 692 F.3d 34, 38 (2d Cir. 2012).

### Conclusion & Order

For the reasons set forth in the Report and herein, the Clerk of the Court is directed to enter judgment against Defendant Brett Hudson in favor of Plaintiff Maria Vozza in the amount of $50,000, Plaintiff Natalia Zeer in the amount of $50,000, and Plaintiff 1443180 Ontario Ltd. in the amount of $100,000, with post-judgment interest. Thereafter, the Clerk of the Court is further directed to close this case.

Dated: August 22, 2016
       New York, New York

*RMB*
_____
**RICHARD M. BERMAN, U.S.D.J.**